**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                      Case No. 23-15246-EPK

DENNIS MIGUES-NORONA aka                    Chapter 13
DENNIS MIGUES NORONA aka
DENNIS MIGUES,

Debtor.

_____/

AMERICAN EXPRESS NATIONAL BANK,           Adv. Proc. No.

Plaintiff,

     v.

DENNIS MIGUES-NORONA aka
DENNIS MIGUES NORONA aka
DENNIS MIGUES,

Defendant.

_____/


## PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Plaintiff, American Express National Bank ("American Express"), by and through its counsel, hereby represents as follows:

1.      The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. § 157(a), (b)(1), (b)(2)(I) (core proceeding), § 1334(b), 11 U.S.C. § 1328(a) and 11 U.S.C. § 523(c).

2.      In accordance with Fed. R. Bankr. P. 7008, American Express consents to the entry of final orders and judgments by this Court.

3.      On June 30, 2023, Dennis Migues-Norona aka Dennis Migues Norona aka Dennis Migues ("the Defendant"), filed a Chapter 13 bankruptcy petition, commencing the above case.

4.      The Defendant's proposed First Amended Plan indicates a pro rata distribution of approximately 4% to General Unsecured Creditors.

5.      American Express National Bank is the holder of a claim against the above-captioned Defendant arising from card account number ****-******-*2008 ("the Account"). This claim is designated as Claim Number 5 on the Southern District of Florida Claims Register.

6.      The Account was opened by the Defendant on or about June 3, 2016.

7.      The balance on the Account as of the date of the filing of the Chapter 13 petition was $41,150.09.

8.      The terms and conditions of the Account Agreement between Defendant and American Express calls for the payment of all costs, including reasonable attorneys' fees, expended by American Express in the collection of the Account, which is hereby requested in the following count.

## **FIRST COUNT**

9.      Paragraphs 1 through 8 are hereby repeated and incorporated as if fully set forth herein.

10.     Between October 19, 2022 and December 14, 2022, the Defendant used his American Express card in sixteen (16) transactions totaling $35,000.68 for the purchase of goods and services on the Account.

11.     Of the transactions referenced in Paragraph 10, one (1) charge in the amount of $29,500.00 was incurred at TOURNEAU in Las Vegas, NV.  Upon information and belief, Tourneau is a luxury watch retailer.

12.     Prior to incurring the transactions referenced in Paragraph 10, the Account had a balance of $946.12, which was paid down to $906.12.

13.     The terms and conditions of the Account Agreement between the Defendant and American Express call for a minimum payment toward the charges due on the Account upon receipt of the monthly billing statement.

14.     Two payments totaling $1,846.58 were submitted towards the transactions referenced in Paragraph 10 on December 3, 2022 and January 3. 2023. However, one payment in the amount of $1,174.74 was returned by the bank.

15.     The Account was credited $477.92.

16.     Payments and credits are applied in accordance with the terms and conditions of the Account Agreement for the Account between the Defendant and American Express.

17.     Attached hereto as Exhibit "A" is the relevant portion of the account statements for the Account which reflect the charge activity alleged in this Complaint.

18.     According to Schedule F of the Debtor's bankruptcy petition, he has $295,934.00 in unsecured, nonpriority debt, $250,334.00 of which appears to be credit/charge card debt.

19.     According to Schedule I of the Debtor's bankruptcy petition, he has monthly net income totaling $3,891.08.

20.     According to Schedule J of the Debtor's bankruptcy petition, his current monthly expenses total $3,431.60; this figure does not include payment on any credit/charge card debt.

21.     The Defendant's petition and schedules reflect insufficient income and assets from which he reasonably could have expected to repay American Express, as well as his other living expenses and unsecured debt.

22.     The Defendant has a certain level of financial sophistication as evidenced by the fact that he makes payments for a mortgage, makes payments for a vehicle and auto insurance, utilities and other household bills, and has maintained and used multiple credit/charge card accounts.

23.     The Defendant made multiple charges on three (3) separate days.

24.     The Account activity at issue in Exhibit "A" represents a sudden change in Defendant's buying habits.

25.     At the time of posting the above-referenced charges to the Account, the Defendant was a cardmember in good standing and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay.

26.     The Defendant obtained the goods and services on the Account through representations which he either knew to be false or were made with such reckless disregard for the truth as to constitute willful misrepresentations.

27.     The Defendant made the misrepresentations with the intention and purpose of deceiving American Express.

28.     As the proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $28,350.24.

29.     American Express asserts that, when the transactions at issue were incurred, the Defendant was misrepresenting his intent and ability to repay American Express as required by the terms of the Account Agreement for the Account.

30.     A portion of the balance of the Account in the amount of $28,350.24 was incurred by the Defendant with knowledge of his inability to repay the debt.

31.     A portion of the balance of the Account in the amount of $28,350.24 was incurred by the Defendant without the intent to repay it.

32.     The Defendant incurred a portion of the balance of the Account in the amount of $28,350.24 through false pretenses, a false representation, or actual fraud.

33.     For the foregoing reasons, a portion of the balance of the Account in the amount of $28,350.24 is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

WHEREFORE, Plaintiff, American Express National Bank prays this Honorable Court for a nondischargeable judgment pursuant to 11 U.S.C. §523(a)(2)(A) against Defendant, Dennis Migues-Norona aka Dennis Migues Norona aka Dennis Migues, in the total amount of $28,350.24, plus costs, and for any such further relief as the Court may deem appropriate.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,
Attorneys for Plaintiff

By:  _/s/ Scott W. Spradley_____
Scott W. Spradley
Fla Bar #782467
Law Offices of Scott W. Spradley, P.A.
301 South Central Avenue
P.O. Box 1
Flagler Beach, FL 32136
Tel: (386) 693-4935
Fax: (386) 693-4937
Email: scott@flaglerbeachlaw.com

**Blue Cash Everyday® from American Express**                    p. 1/6

DENNIS MIGUES NORONA
Closing Date 11/18/22
Account Ending ▇2008

| | |
|---|---|
| **New Balance** | **$33,592.34** |
| **Minimum Payment Due** | **$671.84** |
| **Payment Due Date** | **12/13/22** |

**Customer Care:** 1-888-258-3741
**TTY:** Use Relay 711
**Website:** americanexpress.com

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 12/13/22, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Reward Dollars**
as of 10/20/2022
**49.28**
For more details about Rewards, visit **americanexpress.com/cashbackrewards**

## Account Summary

| | |
|---|---|
| Previous Balance | $946.12 |
| Payments/Credits | -$40.00 |
| New Charges | +$32,581.73 |
| Fees | +$0.00 |
| Interest Charged | +$104.49 |

| | |
|---|---|
| **New Balance** | **$33,592.34** |
| **Minimum Payment Due** | **$671.84** |

| | |
|---|---|
| Credit Limit | $35,000.00 |
| Available Credit | $1,407.66 |
| Cash Advance Limit | $1,600.00 |
| Available Cash | $1,407.66 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 32 years | $108,185 |
| $1,371 | 3 years | $49,355 *(Savings = $58,830)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

*Continued on page 3*

---

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▇2008
Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10440 SW STEPHAN WAY
APT 211
PORT SAINT LUCIE FL 34987-2320

| | |
|---|---|
| Payment Due Date | **12/13/22** |
| New Balance | **$33,592.34** |
| AutoPay Amount | **$671.84** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
**Amount Enclosed**

15 H

EXHIBIT A

DENNIS MIGUES NORONA                 Account Ending ▉2008                                      p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 3/6

DENNIS MIGUES NORONA
Closing Date 11/18/22

Account Ending ▮2008

| **Customer Care & Billing Inquiries** | **1-888-258-3741** |
|---|---|
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-258-3741** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**



**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

We will debit your bank account for your payment of $671.84 on 12/03/22. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 12/01/22. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 12/13/22.

---

**Important Information About The $84 Disney Bundle Credit Card Benefit**

We are reducing the minimum amount you need to spend on qualifying purchases from $13.99 to $12.99 each month in order to receive a statement credit. **Effective December 8, 2022**, you'll receive a $7 statement credit monthly (up to $84 back annually) after spending $12.99 or more each month using your Card on (i) an eligible subscription to the Disney Bundle, which includes Disney+, Hulu, and ESPN+, or (ii) any other monthly or annual subscription purchase or add-ons purchased at U.S. websites Disneyplus.com, Hulu.com or Plus.espn.com. Enrollment is required. *Please note that you may continue to see references to the $13.99 amount while we update our marketing materials.*

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$40.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$40.00** |

### Detail
*Indicates posting date

| Payments | | Amount |
|---|---|---|
| 11/03/22* | AUTOPAY PAYMENT RECEIVED - THANK YOU | -$40.00 |
| | Bank of America NA | |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$32,581.73** |

Continued on reverse

3

EXHIBIT A

DENNIS MIGUES NORONA                    Account Ending ▮2008                              p. 4/6

---

| Detail | |
|---|---|

**DENNIS MIGUES NORONA**
Card Ending ▮2008

| | | | | Amount |
|---|---|---|---|---|
| 10/19/22 | COGGIN HONDA FT PIERCE 0063 772-466-7000 | FT PIERCE | FL | $97.88 |
| 10/24/22 | COGGIN HONDA FT PIERCE 0063 772-466-7000 | FT PIERCE | FL | $500.00 |
| 11/03/22 | COGGIN HONDA FT PIERCE 0063 772-466-7000 | FT PIERCE | FL | $2,483.85 |
| 11/17/22 | TOURNEAU 083 0000 212-758-3265 | LAS VEGAS | NV | $29,500.00 |

---

| Fees | |
|---|---|

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

---

| Interest Charged | |
|---|---|

| | Amount |
|---|---|
| 11/18/22 | Interest Charge on Purchases | $104.49 |
| **Total Interest Charged for this Period** | **$104.49** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

| 2022 Fees and Interest Totals Year-to-Date | |
|---|---|

| | Amount |
|---|---|
| Total Fees in 2022 | $0.00 |
| Total Interest in 2022 | $151.05 |

---

| Interest Charge Calculation | Days in Billing Period: 30 |
|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 06/03/2016 | | 26.74% (v) | $4,751.48 | $104.49 |
| Cash Advances | 06/03/2016 | | 28.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$104.49** |
| (v) Variable Rate | | | | | |

EXHIBIT A



DENNIS MIGUES NORONA                  Closing Date 11/18/22              Account Ending ▉2008

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending █ 2008

p. 6/6

EXHIBIT A



**Blue Cash Everyday® from American Express**

p. 1/8

DENNIS MIGUES NORONA
Closing Date 12/19/22
Account Ending ■ 2008

| | |
|---|---|
| Customer Care: | 1-888-258-3741 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$35,666.56** |
| **Minimum Payment Due** | **$1,174.74** |
| **Payment Due Date** | **01/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 01/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 32 years | $115,443 |
| $1,466 | 3 years | $52,759 (Savings = $62,684) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 7.**

*Continued on page 3*

**Reward Dollars**
as of 11/19/2022

**375.10**

For more details about Rewards, visit **americanexpress.com/cashbackrewards**

**Account Summary**

| | |
|---|---|
| Previous Balance | $33,592.34 |
| Payments/Credits | -$1,149.76 |
| New Charges | +$2,418.95 |
| Fees | +$0.00 |
| Interest Charged | +$805.03 |

| | |
|---|---|
| **New Balance** | **$35,666.56** |
| **Minimum Payment Due** | **$1,174.74** |

| | |
|---|---|
| Credit Limit | $35,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $1,600.00 |
| Available Cash | $0.00 |

---

| | | |
|---|---|---|
| **Payment Coupon** Do not staple or use paper clips | **Pay by Computer** americanexpress.com/pbc | **Pay by Phone** 1-800-472-9297 |

**Account Ending** ■ 2008

Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10440 SW STEPHAN WAY
APT 211
PORT SAINT LUCIE FL 34987-2320

| | |
|---|---|
| | Payment Due Date **01/13/23** |
| | New Balance **$35,666.56** |
| | AutoPay Amount **$1,174.74** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

15 d

EXHIBIT A

DENNIS MIGUES NORONA          Account Ending ■ 2008                                    p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

### Please do not add any written communication or address change on this stub

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**



p. 3/8

DENNIS MIGUES NORONA
Closing Date 12/19/22

Account Ending ▮ 2008

| **Customer Care & Billing Inquiries** | |
|---|---|
| Customer Care & Billing Inquiries | **1-888-258-3741** |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-258-3741** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

ⓘ We will debit your bank account for your payment of $1,174.74 on 01/03/23. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 01/01/23. If your AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 01/13/23.

**Important Information About The $84 Disney Bundle Credit Card Benefit**
We are reducing the minimum amount you need to spend on qualifying purchases from $13.99 to $12.99 each month in order to receive a statement credit. **Effective December 8, 2022,** you'll receive a $7 statement credit monthly (up to $84 back annually) after spending $12.99 or more each month using your Card on (i) an eligible subscription to the Disney Bundle, which includes Disney+, Hulu, and ESPN+, or (ii) any other monthly or annual subscription purchase or add-ons purchased at U.S. websites Disneyplus.com, Hulu.com or Plus.espn.com. Enrollment is required. *Please note that you may continue to see references to the $13.99 amount while we update our marketing materials.*



## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$671.84 |
| **Credits** | -$477.92 |
| **Total Payments and Credits** | **-$1,149.76** |

| **Detail** | *Indicates posting date | |
|---|---|---|
| **Payments** | | **Amount** |
| 12/03/22* | AUTOPAY PAYMENT RECEIVED - THANK YOU Bank of America NA | -$671.84 |
| **Credits** | | **Amount** |
| 12/06/22* | YOUR CASH REWARD/REFUND IS AMERICAN EXPRESS CASH REBATE TRANSACTION | -$375.00 |

Continued on reverse

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending ▮2008

p. 4/8

| **Detail Continued**   *Indicates posting date | | | |
|---|---|---|---|
| | | | **Amount** |
| 12/14/22 | THE HOME DEPOT<br>PORT SAINT LUCIE    FL<br>800-654-0688 | | -$102.92 |

## New Charges

### Summary

| | **Total** |
|---|---|
| **Total New Charges** | **$2,418.95** |

## Detail

**DENNIS MIGUES NORONA**
Card Ending ▮2008

| | | | | **Amount** |
|---|---|---|---|---|
| 11/23/22 | TARGET<br>612-3044357 | PORT ST LUCIE | FL | $119.14 |
| 11/24/22 | AMC ONLINE 9640<br>8884404262 | LEAWOOD | KS | $17.66 |
| 11/24/22 | AMC 4183 ST LUCIE 14 4183<br>913-213-2000 | PORT ST LUCIE | FL | $30.56 |
| 11/25/22 | APPLE STORE R127 R127<br>ELECTRONICS STORE | PALM BEACH GARDENS | FL | $1,000.00 |
| 12/04/22 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $245.46 |
| 12/05/22 | PANERA BREAD #202793<br>0000000000000000034987 | PORT ST LUCIE | FL | $16.03 |
| 12/05/22 | THE OLIVE GARDEN<br>772-345-3691 | PORT SAINT LUCIE | FL | $39.99 |
| 12/05/22 | AMAZON MARKETPLACE NA PA<br>BOOK STORES | AMZN.COM/BILL | WA | $160.49 |
| 12/07/22 | MACYS  .COM 000000129<br>8002896229 | MASON | OH | $296.62 |
| 12/14/22 | THE HOME DEPOT<br>800-654-0688 | PORT SAINT LUCIE | FL | $150.00 |
| 12/14/22 | SUNPASS OPERATIONS<br>888-865-5352 | BOCA RATON | FL | $3.00 |
| 12/14/22 | LS IMPOSSIBLE KICKS<br>7329664501 | PALM BEACH GARDENS | FL | $340.00 |

## Fees

| | **Amount** |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on next page

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 5/8

DENNIS MIGUES NORONA
Closing Date 12/19/22

Account Ending ▇ 2008

## Interest Charged

| | Amount |
|---|---|
| 12/19/22    Interest Charge on Purchases | $805.03 |
| **Total Interest Charged for this Period** | **$805.03** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $0.00 |
| Total Interest in 2022 | $956.08 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | **From** | **To** | | | |
| Purchases | 06/03/2016 | | 27.24% (v) | $34,810.53 | $805.03 |
| Cash Advances | 06/03/2016 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$805.03** |
| (v) Variable Rate | | | | | |

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending █ 2008

p. 6/8

EXHIBIT A



DENNIS MIGUES NORONA

Closing Date 12/19/22

p. 7/8
Account Ending ▮2008

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending ██ 2008

p. 8/8

EXHIBIT A



**Blue Cash Everyday® from American Express**

p. 1/6

DENNIS MIGUES NORONA
Closing Date 01/19/23
Account Ending ▉2008

| | |
|---|---|
| Customer Care: | 1-888-258-3741 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$36,529.81** |
| **Minimum Payment Due** | **$2,443.09** |
| Includes the past due amount of $1,174.74 | |
| **Payment Due Date** | **02/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 02/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 32 years | $115,399 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

▽ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section for a notice that your APR will be increased to the Penalty Rate and any other communications on **pages 5 - 6.**

▽ Your AutoPay has been cancelled. Please make any payments using the payment coupon provided.

*Continued on page 3*

**Reward Dollars**
as of 12/20/2022

**44.11**

For more details about Rewards, visit **americanexpress.com/cashbackrewards**

**Account Summary**

| | |
|---|---|
| Previous Balance | $35,666.56 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$29.00 |
| Interest Charged | +$834.25 |

| | |
|---|---|
| **New Balance** | **$36,529.81** |
| **Minimum Payment Due** | **$2,443.09** |
| Credit Limit | $35,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $1,600.00 |
| Available Cash | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▉2008

Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10440 SW STEPHAN WAY
APT 211
PORT SAINT LUCIE FL 34987-2320

| | |
|---|---|
| Payment Due Date | **02/13/23** |
| New Balance | **$36,529.81** |
| Minimum Payment Due | **$2,443.09** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • \_\_\_\_
**Amount Enclosed**

EXHIBIT A

DENNIS MIGUES NORONA                Account Ending ▮2008                           p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.
**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.
**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*
**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.
**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.
**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.
**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 3/6

DENNIS MIGUES NORONA
Closing Date 01/19/23

Account Ending ██ 2008

| Customer Care & Billing Inquiries | |
|---|---|
| International Collect | **1-888-258-3741** |
| Cash Advance at ATMs Inquiries | 1-336-393-1111 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-888-258-3741** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care** | **Payments** |
|---|---|
| **& Billing Inquiries** | PO BOX 6031 |
| P.O. BOX 981535 | CAROL STREAM IL |
| EL PASO, TX | 60197-6031 |
| 79998-1535 | |

---

**Important Information About The $84 Disney Bundle Credit Card Benefit**

We are reducing the minimum amount you need to spend on qualifying purchases from $13.99 to $12.99 each month in order to receive a statement credit. **Effective December 8, 2022**, you'll receive a $7 statement credit monthly (up to $84 back annually) after spending $12.99 or more each month using your Card on (i) an eligible subscription to the Disney Bundle, which includes Disney+, Hulu, and ESPN+, or (ii) any other monthly or annual subscription purchase or add-ons purchased at U.S. websites Disneyplus.com, Hulu.com or Plus.espn.com. Enrollment is required. *Please note that you may continue to see references to the $13.99 amount while we update our marketing materials.*

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | $0.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **$0.00** |

### Detail
*Indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/03/23* | AUTOPAY PAYMENT RECEIVED - THANK YOU<br>Bank of America NA | -$1,174.74 |
| 01/03/23* | RETURNED AUTOPAY (DEROGATORY)<br>ORY)<br>TRANSACTION PROCESSED BY AMERICAN EXPRESS | $1,174.74 |

---

## Fees

| | Amount |
|---|---|
| 01/13/23 | Late Payment Fee | $29.00 |
| **Total Fees for this Period** | | **$29.00** |

Continued on reverse

17

EXHIBIT A

DENNIS MIGUES NORONA                    Account Ending ■2008                    p. 4/6

---

## Interest Charged

| | Amount |
|---|---|
| 01/19/23     Interest Charge on Purchases | $834.25 |
| **Total Interest Charged for this Period** | **$834.25** |

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $29.00 |
| Total Interest in 2023 | $834.25 |

---

## Interest Charge Calculation                                    Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 06/03/2016 | | 27.24% (v) | $36,074.18 | $834.25 |
| Cash Advances | 06/03/2016 | | 29.49% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$834.25** |

(v) Variable Rate

---

EXHIBIT A

DENNIS MIGUES NORONA                    Closing Date 01/19/23        Account Ending ▮2008

**IMPORTANT NOTICES**

**Penalty APR Notice**

You have triggered the Penalty Annual Percentage Rate *(APR)* on your account. The Penalty APR is currently **29.99%**, which is based on the Prime Rate plus 26.74% (not to exceed 29.99%). The Penalty APR is being imposed because of your returned check. This change will impact your account as follows:

**Transactions made on or after 02/07/2023:** As of 03/20/2023, the Penalty APR will apply to these transactions. We will review your Account every 6 months after the Penalty APR is applied. Each of these 6 months is a review period. Please note the first review period may be shorter than 6 months. If you make timely payments and have no returned payments during an entire review period, the Penalty APR will cease to apply on the first day of the billing period following that review.

**Transactions made before 02/07/2023:** Current rates will continue to apply to these transactions.

*Important Notices continued on next page.*

EXHIBIT A

DENNIS MIGUES NORONA                    Closing Date 01/19/23                    Account Ending ■ 2008

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

*End of Important Notices.*

EXHIBIT A



## Blue Cash Everyday® from American Express

p. 1/5

DENNIS MIGUES NORONA
Closing Date 02/16/23
Account Ending ▇ 2008

**Customer Care:**  1-888-258-3741
**TTY:**  Use Relay 711
**Website:**  americanexpress.com

| | |
|---|---|
| **New Balance** | **$37,347.98** |
| **Minimum Payment Due** | **$3,700.90** |
| Includes the past due amount of $2,443.09 | |
| **Payment Due Date** | **03/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 03/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Reward Dollars**
as of 01/20/2023
**44.11**

For more details about Rewards, visit **americanexpress.com/cashbackrewards**

### Account Summary

| | |
|---|---|
| Previous Balance | $36,529.81 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$778.17 |

| | |
|---|---|
| **New Balance** | **$37,347.98** |
| **Minimum Payment Due** | **$3,700.90** |

| | |
|---|---|
| Credit Limit | $35,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $1,600.00 |
| Available Cash | $0.00 |

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 32 years | $115,747 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ **WARNING:** Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

*Continued on page 3*

---

⇓ Please fold on the perforation below, detach and return with your payment ⇓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▇ 2008
Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10440 SW STEPHAN WAY
APT 211
PORT SAINT LUCIE FL 34987-2320

Payment Due Date
**03/13/23**

New Balance
**$37,347.98**

Minimum Payment Due
**$3,700.90**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ _____ • _____
**Amount Enclosed**

15 л

21                                                                 EXHIBIT A

DENNIS MIGUES NORONA                Account Ending ■ 2008                                p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement

represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 3/5

DENNIS MIGUES NORONA
Closing Date 02/16/23

Account Ending ■ 2008

---

| **Customer Care & Billing Inquiries** | |
| --- | --- |
| International Collect | **1-888-258-3741** |
| Cash Advance at ATMs Inquiries | 1-336-393-1111 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-888-258-3741** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**



**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
| --- | --- |
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

**Important Information About The $84 Disney Bundle Credit Card Benefit**

We are reducing the minimum amount you need to spend on qualifying purchases from $13.99 to $12.99 each month in order to receive a statement credit. **Effective December 8, 2022**, you'll receive a $7 statement credit monthly (up to $84 back annually) after spending $12.99 or more each month using your Card on (i) an eligible subscription to the Disney Bundle, which includes Disney+, Hulu, and ESPN+, or (ii) any other monthly or annual subscription purchase or add-ons purchased at U.S. websites Disneyplus.com, Hulu.com or Plus.espn.com. Enrollment is required. *Please note that you may continue to see references to the $13.99 amount while we update our marketing materials.*

---

**American Express® High Yield Savings Account**

No monthly fees. No minimum opening monthly deposit. 24/7 customer support. FDIC insured. Meet your savings goals faster with an American Express High Yield Savings Account. Terms apply. Learn more by visiting **americanexpress.com/savenow**

---

## Fees

| | Amount |
| --- | --- |
| 02/13/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
| --- | --- |
| 02/16/23    Interest Charge on Purchases | $778.17 |
| **Total Interest Charged for this Period** | **$778.17** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

EXHIBIT A

DENNIS MIGUES NORONA | Account Ending ■ 2008 | p. 4/5

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $69.00 |
| Total Interest in 2023 | $1,612.42 |

## Interest Charge Calculation

Days in Billing Period: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 02/07/2023 | | 27.49% (v) | $4.28 | $0.09 |
| Purchases | 06/03/2016 | 02/06/2023 | 27.49% (v) | $36,903.58 | $778.08 |
| Cash Advances | 02/07/2023 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$778.17** |
| (v) Variable Rate | | | | | |

EXHIBIT A



DENNIS MIGUES NORONA                  Closing Date 02/16/23           p. 5/5
                                                         Account Ending ■ 2008

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

**AMERICAN EXPRESS**

## Blue Cash Everyday® from American Express

p. 1/6

DENNIS MIGUES NORONA
Closing Date 03/19/23
Account Ending ▮2008

**Customer Care:** 1-888-258-3741
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$38,269.90** |
| **Minimum Payment Due** | **$5,099.84** |
| Includes the past due amount of $3,700.90 | |
| **Payment Due Date** | **04/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 32 years | $115,313 |

If you would like information about credit counseling services, call 1-888-733-4139.

⬛ See page 2 for important information about your account.

▽ Your account is past due.

⬛ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

### Reward Dollars
as of 02/17/2023

**44.11**

⬛ For more details about Rewards, visit **americanexpress.com/cashbackrewards**

### Account Summary

| | |
|---|---|
| Previous Balance | $37,347.98 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$881.92 |
| **New Balance** | **$38,269.90** |
| **Minimum Payment Due** | **$5,099.84** |
| Credit Limit | $35,000.00 |
| Cash Advance Limit | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending ▮2008

Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10880 SW STEPHAN WAY
PORT ST LUCIE FL 34987-2160

| | |
|---|---|
| Payment Due Date | **04/13/23** |
| New Balance | **$38,269.90** |
| Minimum Payment Due | **$5,099.84** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
Amount Enclosed

15 d

EXHIBIT A

DENNIS MIGUES NORONA                    Account Ending ▮2008                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Blue Cash Everyday® from American Express**                    p. 3/6

DENNIS MIGUES NORONA
Closing Date 03/19/23

Account Ending ▮2008

| **Customer Care & Billing Inquiries** | **1-888-258-3741** |
|---|---|
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-258-3741** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

## Fees

| | Amount |
|---|---|
| 03/13/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 03/19/23    Interest Charge on Purchases | $881.92 |
| **Total Interest Charged for this Period** | **$881.92** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $109.00 |
| Total Interest in 2023 | $2,494.34 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 02/07/2023 | | 27.49% (v) | $48.30 | $1.13 |
| Purchases | 06/03/2016 | 02/06/2023 | 27.49% (v) | $37,732.36 | $880.79 |
| Cash Advances | 02/07/2023 | | 29.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$881.92** |
| (v) Variable Rate | | | | | |

EXHIBIT A

DENNIS MIGUES NORONA

EXHIBIT A

DENNIS MIGUES NORONA                    Closing Date 03/19/23                    Account Ending ▮2008

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending ▮ 2008

p. 6/6

31

EXHIBIT A



## Blue Cash Everyday® from American Express

p. 1/6

DENNIS MIGUES NORONA
Closing Date 04/18/23
Account Ending █2008

**Customer Care:** 1-888-258-3741
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$39,192.29** |
| **Minimum Payment Due** | **$6,537.67** |
| Includes the past due amount of $5,099.84 | |
| **Payment Due Date** | **05/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 32 years | $115,503 |

If you would like information about credit counseling services, call 1-888-733-4139.

 See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

### Get cash back for eligible purchases when you use the Card.

For more details about Rewards, please visit **americanexpress.com/cashbackrewards**

### Account Summary

| | |
|---|---|
| Previous Balance | $38,269.90 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$882.39 |
| **New Balance** | **$39,192.29** |
| **Minimum Payment Due** | **$6,537.67** |
| Credit Limit | $35,000.00 |
| Cash Advance Limit | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** █2008

Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10880 SW STEPHAN WAY
PORT ST LUCIE FL 34987-2160

| | |
|---|---|
| Payment Due Date | **05/13/23** |
| New Balance | **$39,192.29** |
| Minimum Payment Due | **$6,537.67** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

15 H

EXHIBIT A

DENNIS MIGUES NORONA                    Account Ending ███ 2008                              p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 3/6

DENNIS MIGUES NORONA
Closing Date 04/18/23

Account Ending █ 2008

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-888-258-3741** |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-258-3741** |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

---

## Fees

| | Amount |
|---|---|
| 04/13/23        Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 04/18/23        Interest Charge on Purchases | $882.39 |
| **Total Interest Charged for this Period** | **$882.39** |

### About Trailing Interest
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $149.00 |
| Total Interest in 2023 | $3,376.73 |

---

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 02/07/2023 | | 27.74% (v) | $88.79 | $2.02 |
| Purchases | 06/03/2016 | 02/06/2023 | 27.74% (v) | $38,612.51 | $880.37 |
| Cash Advances | 02/07/2023 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$882.39** |
| (v) Variable Rate | | | | | |

EXHIBIT A

Account Ending █2008

EXHIBIT A



## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending ■ 2008

p. 6/6

EXHIBIT A



## Blue Cash Everyday® from American Express

p. 1/5

DENNIS MIGUES NORONA
Closing Date 05/19/23
Account Ending ▉2008

| | | |
|---|---|---|
| **Customer Care:** | 1-888-258-3741 | |
| **TTY:** | Use Relay 711 | |
| **Website:** | americanexpress.com | |

| | |
|---|---|
| **New Balance** | **$40,175.15** |
| **Minimum Payment Due** | **$8,076.32** |
| Includes the past due amount of $6,537.67 | |
| **Payment Due Date** | **06/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 31 years | $115,623 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit
**americanexpress.com/cashbackrewards**

### Account Summary

| | |
|---|---|
| Previous Balance | $39,192.29 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$942.86 |
| **New Balance** | **$40,175.15** |
| **Minimum Payment Due** | **$8,076.32** |
| Credit Limit | $35,000.00 |
| Cash Advance Limit | $0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending ▉2008

Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10880 SW STEPHAN WAY
PORT ST LUCIE FL 34987-2160

| | |
|---|---|
| Payment Due Date | **06/13/23** |
| New Balance | **$40,175.15** |
| Minimum Payment Due | **$8,076.32** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____•_____
**Amount Enclosed**

15 d

EXHIBIT A

DENNIS MIGUES NORONA                    Account Ending ■ 2008                    p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 3/5

DENNIS MIGUES NORONA
Closing Date 05/19/23

Account Ending ▮2008

| **Customer Care & Billing Inquiries** | **1-888-258-3741** |
|---|---|
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-258-3741** |

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

---

## Fees

| | Amount |
|---|---|
| 05/13/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 05/19/23    Interest Charge on Purchases | $942.86 |
| **Total Interest Charged for this Period** | **$942.86** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $189.00 |
| Total Interest in 2023 | $4,319.59 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 02/07/2023 | | 27.99% (v) | $132.42 | $3.15 |
| Purchases | 06/03/2016 | 02/06/2023 | 27.99% (v) | $39,521.89 | $939.71 |
| Cash Advances | 02/07/2023 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$942.86** |
| (v) Variable Rate | | | | | |

EXHIBIT A

DENNIS MIGUES NORONA

Account Ending ■ 2008

p. 4/5

41

EXHIBIT A

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 1/6

DENNIS MIGUES NORONA
Closing Date 06/18/23
Account Ending ▉2008

| Customer Care: | 1-888-258-3741 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$41,150.09** |
| **Minimum Payment Due** | **$9,647.75** |
| Includes the past due amount of $8,076.32 | |
| **Payment Due Date** | **07/13/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/13/23, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 31 years | $114,917 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications on **pages 5 - 6.**

**Get cash back for eligible purchases when you use the Card.**
For more details about Rewards, please visit
**americanexpress.com/cashbackrewards**

**Account Summary**

| | |
|---|---|
| Previous Balance | $40,175.15 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$934.94 |
| **New Balance** | **$41,150.09** |
| **Minimum Payment Due** | **$9,647.75** |
| Credit Limit | $35,000.00 |
| Cash Advance Limit | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending ▉2008

Enter 15 digit account # on all payments.
Make check payable to American Express.

DENNIS MIGUES NORONA
10880 SW STEPHAN WAY
PORT ST LUCIE FL 34987-2160

| | |
|---|---|
| Payment Due Date | **07/13/23** |
| New Balance | **$41,150.09** |
| Minimum Payment Due | **$9,647.75** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$_____ • _____
**Amount Enclosed**

15 d

EXHIBIT A

DENNIS MIGUES NORONA                    Account Ending ████ 2008                    p. 2/6

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Blue Cash Everyday® from American Express**

p. 3/6

DENNIS MIGUES NORONA
Closing Date 06/18/23

Account Ending 2008

| Customer Care & Billing Inquiries | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-888-258-3741** |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-888-258-3741** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-888-258-3741**

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | PO BOX 6031 |
| EL PASO, TX | CAROL STREAM IL |
| 79998-1535 | 60197-6031 |

---

## Fees

| | Amount |
|---|---|
| 06/13/23    Late Payment Fee | $40.00 |
| **Total Fees for this Period** | **$40.00** |

## Interest Charged

| | Amount |
|---|---|
| 06/18/23    Interest Charge on Purchases | $934.94 |
| **Total Interest Charged for this Period** | **$934.94** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $229.00 |
| Total Interest in 2023 | $5,254.53 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 02/07/2023 | | 27.99% (v) | $174.93 | $4.03 |
| Purchases | 06/03/2016 | 02/06/2023 | 27.99% (v) | $40,456.91 | $930.91 |
| Cash Advances | 02/07/2023 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$934.94** |
| (v) Variable Rate | | | | | |

EXHIBIT A

DENNIS MIGUES NORONA

EXHIBIT A

**IMPORTANT NOTICES**

## Notice of Important Change to Your Cardmember Agreement

We are making a change to your American Express Cardmember Agreement. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed change to your Cardmember Agreement can be found after the below summary chart.

| Summary of Change, Effective Immediately | |
|---|---|
| **Calculating APRs and DPRs** | We are revising the language in this section of your Cardmember Agreement to state that variable APRs will not exceed 29.99%. |

ID 13404

## Detail of Change to Your Cardmember Agreement

This notice amends your American Express Cardmember Agreement *("Agreement")* as described below. Any terms in the Cardmember Agreement conflicting with this change are completely replaced. Terms not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Calculating APRs and DPRs**
**Effective immediately**, the *Calculating APRs and DPRs* section on page 2 of Part 1 of the Cardmember Agreement is revised by removing any asterisks and replacing the footnote which states "The variable penalty APR will not exceed 29.99%" with the following:

| **Calculating APRs and DPRs** | Variable APRs will not exceed 29.99% |
|---|---|

CMLENGDPRUS0246

*Important Notices continued on next page.*

EXHIBIT A

p. 6/6

DENNIS MIGUES NORONA                Closing Date 06/18/23                Account Ending ■ 2008

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A